Jessie Buchanan et al., as Trustees of School District No. 3 of the Town of Salina, Respondents, *v.* Town of Salina, Appellant.

E. Phillip Crowell et al., as Trustees of School District No. 6 of the Town of Salina, Respondents, *v.* Town of Salina, Appellant.

Frank Keough et al., as Trustees of School District No. 11 of the Town of Dewitt, Respondents, *v.* Town of Dewitt, Appellant.

Earl Bates, as Sole Trustee of School District No. 6 of the Town of Dewitt, Respondent, *v.* Town of Dewitt, Appellant.

Argued April 9, 1947; decided July 2, 1947.

*James R. Skahen* for Town of Salina, appellant.
*A. Van W. Hancock* for Town of Dewitt, appellant.
*Daniel F. Matthews* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.